# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 11, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

156498(25)

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellee,

v

CLYDE RICHARD GREEN,
　　　　Defendant-Appellant.

_____/

SC: 156498
COA: 338712
Iosco CC: 13-008088-FH

　　　　On order of the Chief Justice, the motion of plaintiff-appellee to extend the time for filing its answer to the application for leave to appeal is GRANTED. The answer submitted on October 8, 2018, is accepted as timely filed.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 11, 2018



Clerk